**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1173

ZEPHANIAH S. EDWARDS,

Plaintiff - Appellant,

v.

BLAND MANAGEMENT; ANNE BLAND, Owner; KATHY MURRAY, People Experience Lead; CLAUDIA AGUILAR, Restaurant Manager; CHARLOTTE BOSSI, Office Manager (HR Team),

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:24-cv-00335-MSN-LRV)

Submitted:  May 15, 2025                         Decided:  May 20, 2025

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Zephaniah S. Edwards, Appellant Pro Se.  David Robert Berry, GENTRY LOCK, Roanoke, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zephaniah Edwards appeals the district court's order denying her motion for summary judgment and granting Defendant's motion for summary judgment in her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Edwards v. Bland Mgmt*, No. 1:24-cv-00335-MSN-LRV (E.D. Va., Feb. 4, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*